2020 MAR 27 AM 8:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United State of America<br>PLAINTIFF(S)<br>v.<br>Hamid Akhavan<br>DEFENDANT(S). | CASE NUMBER<br>20-CR 188<br>20-MJ01383<br>**DECLARATION RE**<br>**OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Federal Bureau of Investigation etc. Superceding Indictment
in the Southern District of New York on 3/9/2020
at 9:00 ☑ a.m. / ☐ p.m. The offense was allegedly committed on or about 2019
in violation of Title 18 U.S.C., Section(s) 1349
to wit: Conspiracy to Commit Bank Fraud

A warrant for defendant's arrest was issued by: U.S. Magistrate Judge Ona T. Wang

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/27/2020
               Date

_____          Elias Guerrero
Signature of Agent                Print Name of Agent

FBI                               Special Agent
Agency                            Title